**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Marc C. DRAPER, Petitioner**

No. 249 EAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.